ATTORNEY GRIEVANCE COMMISSION     \*     **IN THE**
OF MARYLAND

        \*     **COURT OF APPEALS**

**v.**                       \*     **OF MARYLAND**

        \*     **Misc. Docket AG No. 100**

**BRIAN JEFFREY ROSENBERG**       \*     **September Term, 2021**

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Brian Jeffrey Rosenberg, to indefinitely suspend the Respondent from the practice of law with the right to petition for reinstatement after 90 days, it is this 10th day of August, 2022

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, Brian Jeffrey Rosenberg, be, and he hereby is, indefinitely suspended from the practice of law in the State of Maryland with the right to petition for reinstatement after 90 days, for violations of Rules 19-301.1, 19-301.4, and 19-308.4 (c) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Brian Jeffrey Rosenberg from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Judge

Suzanne C. Johnson, Clerk